# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## GREENVILLE DIVISION

| | |
|---|---|
| LOUISE T. SPEARMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | NO. 4:17-cv-00156 DMB-JMV |
| VS. ) | |
| ) | |
| ACADIA HEALTHCARE, INC. ) | |
| d/b/a MILLCREEK OF MAGEE, ) | |
| ) | |
| Defendant. ) | |

## ORDER REGARDING JOINT STIPULATION TO AMEND CAPTION

Upon joint stipulation and by agreement of the parties, it is hereby ORDERED that the caption of this case be amended to read Louise T. Spearman, Plaintiff v. Rehabilitation Centers, LLC d/b/a Millcreek of Magee, Defendant, and that the above caption be used on all further filings.

This 30th day of April, 2018.

/s/ Jane M. Virden
U. S. MAGISTRATE JUDGE

APPROVED FOR ENTRY:

s/ *Louise T. Spearman (with permission)*
Louise T. Spearman
579 3rd Street, Apt. A
Grenada, MS 38901
Telephone: (662) 809-2990
Email: lucyspear45@ymail.com

*Pro se Plaintiff*

s/ *Brandon K. Thompkins*
Mark W. Peters, admitted *pro hac vice*
Brandon K. Thompkins, admitted *pro hac vice*
Waller Lansden Dortch & Davis, LLP
511 Union Street, Suite 2700
Post Office Box 198966
Nashville, Tennessee 37219-1760
Phone: 615-244-6380
mark.peters@wallerlaw.com
brandon.thompkins@wallerlaw.com


s/ *Stephen D. Stamboulieh*
J. Tucker Mitchell (MS#3372)
Stephen D. Stamboulieh (MS#102784)
Mitchell Day Law Firm, PLLC
618 Crescent Boulevard, Suite 203
Ridgeland, MS 39157
(601) 707-4036 (telephone)
(601) 213-4116 (facsimile)
tmitchell@mitchellday.com
sstamboulieh@mitchellday.com

*Attorneys for Rehabilitation Centers, LLC d/b/a Millcreek of Magee*