## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## GREENVILLE DIVISION

LOUISE T. SPEARMAN                                                          PLAINTIFF

V.                                                          CAUSE NO. 4:17CV00156-DMB-JMV

REHABILITATION CENTERS, LLC
*doing business as* Millcreek of Magee                                       DEFENDANT


## <u>ORDER</u>

Before the Court is Defendant's Motion for Telephonic Status Conference [42].

Because the Court held a telephonic status conference in this case today and addressed the issues

cited in the motion, the motion is now moot.


**SO ORDERED** this 1st day of March, 2019.


/s/ Jane M. Virden
**U. S. MAGISTRATE JUDGE**